IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE B. MILLS, | : | Civil No. 3:18-cv-2033 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT LAWRENCE MAHALLY, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this ___ day of May, 2019, upon consideration of the petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 13) to dismiss the habeas petition as untimely is **GRANTED**.

2. The petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

Robert D. Mariani
United States District Judge